IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| *JUDITH WILLIAMS, et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 6:18-cv-03370-SRB |
| *RIDE THE DUCKS INTERNATIONAL,* ) | |
| *LLC.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### RIDE THE DUCKS INTERNATIONAL, LLC'S
### CORPORATION INTERESTS DISCLOSURE

Defendant Ride the Ducks International, LLC, by and through its attorneys Sandberg Phoenix & von Gontard P.C., discloses the following corporation interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Rules of the United States District Court for the Western District of Missouri:

1. **All parent companies of the corporation:** None.

2. **All subsidiaries of the corporation (except wholly-owned subsidiaries):** None.

3. **All affiliates of the corporation that have issued shares to the public:** None.

10752757.1

SANDBERG PHOENIX & von GONTARD P.C.


By: */s/ Kevin P. Krueger*
Kevin P. Krueger, #33018
Andrew D. Ryan, #45924
Lawrence S. Hall, #63852
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
kkrueger@sandbergphoenix.com
aryan@sandbergphoenix.com
lhall@sandbergphoenix.com

*Defendant Ride the Ducks*
*International, LLC's Attorneys*

**Certificate of Service**

I hereby certify that on the 6th day of December 2018 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Kevin P. Krueger*