IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JUDITH WILLIAMS;<br>ROBERT DAMIAN WILLIAMS;<br>INA-ROBIN WILLIAMS; and<br>ILENA WILLIAMS;<br><br>　　　　　　　　　Plaintiffs<br>v.<br><br>RIDE THE DUCKS INTERNATIONAL, LLC;<br>RIDE THE DUCKS BRANSON, LLC;<br>AMPHIBIOUS VEHICLE MANUFACTURING, LLC;<br>DUCK DEVELOPMENT, LLC;<br>HERSCHEND FAMILY ENTERTAINMENT<br>CORPORATION;<br>RIPLEY ENTERTAINMENT, INC. d/b/a<br>RIDE THE DUCKS; and<br>BRANSON DUCK VEHICLES, LLC;<br><br>　　　　　　　　　Defendants. | CASE NO. 6:18-CV-03370-MDH |

**DEFENDANT HERSCHEND FAMILY ENTERTAINMENT CORPORATION'S
DISCLOSURE OF CORPORATE INTEREST**

COMES NOW, Defendant Herschend Family Entertainment Corporation ("HFEC") and, pursuant to Local Rule 7.1, files its Disclosure of Corporate Interest, stating as follows:

1. HFEC has no parent companies;

2. All of HFEC's subsidiaries are wholly owned. HFEC subsidiary Herschend Entertainment Company, LLC, has a 40% ownership interest in Ride The Ducks International, LLC; and

3. None of HFEC's subsidiaries are publicly traded.

Respectfully submitted, this 19th day of December, 2018.

                              WEINBERG, WHEELER, HUDGINS,
                                 GUNN & DIAL, LLC

                                  */s/Anna Idelevich*
                              _____

|  |  |
|---|---|
|  | Anna Idelevich |
|  | Missouri Bar No. 67822 |
|  | David A. Dial |
| 3344 Peachtree Road, N.E. | Georgia Bar No. 220329 |
| Suite 2400 | *Admitted pro hac vice* |
| Atlanta, Georgia 30326 | Richard H. Hill, II |
| Telephone: (404) 876-2700 | Georgia Bar No. 354425 |
| Facsimile: (404) 875-9433 | *Admitted pro hac vice* |
| aidelevich@wwhgd.com |  |
| ddial@wwhgd.com | *Attorneys for Defendant Herschend Family* |
| rhill@wwhgd.com | *Entertainment Corporation* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been furnished to counsel of record herein by electronic service as follows:

Gregory W. Aleshire, Esq.
William R. Robb, Esq.
Kevin J. Rapp, Esq.
ALESHIRE ROBB, P.C.
2847 S. Ingram Mill Road, A-102
Springfield, MO  65804

Robert J. Mongeluzzi, Esq.
Andrew R. Duffy, Esq.
Jeffrey P. Goodman, Esq.
SALTZ, MONGELUZZI, BARRETT
 & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA  19103

Benjamin J. Levinsky, I, Esq.
John W. Patton, Jr., Esq.
Kelly L. Ferron, Esq.
Paul D. Motz, I, Esq.
Roman Edward Solowski, Esq.
PATTON & RYAN, LLC
330 N. Wabash Ave., Suite 3800
Chicago, IL  60611

Terrance J. Good, Esq.
Alexandra C. Wells, Esq.
LASHLY & BAER, PC
714 Locust Street
St. Louis, MO  63101

Kevin P. Krueger, Esq.
Andrew D. Ryan, Esq.
Lawrence S. Hall, Esq.
SANDBERG PHOENIX & VON GONTARD, PC
600 Washington Avenue, 15th Floor
St. Louis, MO  63101-1313

Casey Michael Clark, Esq.
Randall D. Eggert, Esq.
U.S. ATTORNEY'S OFFICE
901 S. Louis Street, Suite 500
Springfield, MO 65806-2511

This 19th day of December, 2018.

                                      */s/Anna Idelevich*

                                      Anna Idelevich